FILED
CHARLOTTE, NC

AUG 19 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | DOCKET NO.: 3:25-CR-157 |
| | ) | |
| | ) | **SUPERSEDING** |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violations: 18 U.S.C. § 111(a) |
| | ) | |
| **SAUL AGUILAR** | ) | |
| | ) | |

THE GRAND JURY CHARGES:

### COUNT ONE
*(Conspiracy to Possess with Intent to Distribute Cocaine)*

In or around June, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

**SAUL AGUILAR,**

did knowingly and intentionally combine, conspire, confederate and agree with others unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), Section 841(b)(1)(A) and 846.

### COUNT TWO
*(Possession with Intent to Distribute Cocaine)*

On or about June 9, 2025, in Mecklenburg County, within the Western District of North Carolina,

**SAUL AGUILAR,**

did knowingly and intentionally possess with an intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

## COUNT THREE
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about December 23, 2023, in Mecklenburg County, within the Western District of North Carolina,

**SAUL AGUILAR**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Conspiracy to Possess with Intent to Distribute Controlled Substances, a violation of Title 21, United States Code, Section 846, as set forth in Count One.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR
*(Felony Assault, Resist, and Impede a Federal Officer)*

On or about June 9, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**SAUL AGUILAR,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with Drug Enforcement Administration Task Force Officer T.B., an officer and employee of the United States Department of Justice, Drug Enforcement Administration, while T.B. was engaged in the performance of his official duties, and in committing the acts did make physical contact with T.B.; in violation of Title 18, United States Code, Section 111(a).

## COUNT FIVE
*(Felony Assault, Resist, and Impede a Federal Officer)*

On or about June 9, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

SAUL AGUILAR,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with Drug Enforcement Administration Special Agent V.A., an officer and employee of the United States Department of Justice, Drug Enforcement Administration, while V.A. was engaged in the performance of his official duties, and in committing the acts did make physical contact with V.A.; in violation of Title 18, United States Code, Section 111(a).

## **NOTICE OF FORFEITURE AND FINDING OR PROBABLE CAUSE**

Notice is hereby given of the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c). The following property is subject to forfeiture in accordance with Sections 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this Superseding Bill of Indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in Title 21, United States Code, Section 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. Approximately $370,951.00 in United States Currency seized on or about June 9, 2025;
b. Approximately $91,430.00 in United States Currency seized on or about February 3, 2025;
c. 2023 New Generation Tilt Tandem Utility Trailer seized on or about June 9, 2025;
d. 2021 Yamaha YZ250F Motorcycle seized on or about June 9, 2025
e. Taurus G2C 9mm pistol seized on or about June 9, 2025;
f. Franklin Armory FAI-15 Receiver/Frame Multi-caliber Rifle seized on or about June 9, 2025;
g. 2023 GMC Sierra 1500 Denali seized on or about June 9, 2025;
h. 2020 Sur-Ron USA X Electric Bicycle seized on or about June 9, 2025.

A TRUE BILL

■■■■■■■■■■■■■■■■■■

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____timothy siehff for_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY